UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND, MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND, MID-AMERICA CARPENTERS REGIONAL
COUNCIL APPRENTICE AND TRAINEE
PROGRAM,  and MID-AMERICA CARPENTERS
REGIONAL COUNCIL SUPPLEMENTAL
RETIREMENT FUND,

                    Plaintiffs,

     v.

BILL WELDING & FABRICATION, LLC, an Illinois
limited liability company doing business as BWF
Construction and doing business as BWF Development,

                    Defendant.

25-cv-15256

Judge Sunil R. Harjani

Magistrate Judge Maria Valdez

### PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT
### FOR SUM CERTAIN AGAINST DEFENDANT

Plaintiffs, the MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION

FUND, *et al.* (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move this

Court pursuant to Federal Rule of Civil Procedure 55(b) to enter a final judgment for sum certain

against defendant BILL WELDING & FABRICATION, LLC, an Illinois limited liability

company doing business as BWF Construction and doing business as BWF Development

("Defendant").  In support of their motion, Trust Funds state as follows:

### FILING OF COMPLAINT

1.      The Trust Funds filed a complaint against the Defendant under the Employee

Retirement Income Security Act ("ERISA") to collect amounts due pursuant to an audit of

Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2021 to

December 31, 2022 ("Audit Period") conducted by the Trust Funds' designated auditor, Legacy Professionals, LLP ("Legacy").

2.      The Trust Funds' complaint also seeks a judgment for all unpaid contributions, interest and liquidated damages, attorneys' fees and costs, and auditors' fees pursuant to ERISA, Area Agreements, and the trust agreements to which Defendant is signatory. Complaint ¶¶1, 24-26, 32-34, 40-42, 48-50 [ECF#1].

## SERVICE

3.      On December 17, 2025, Defendant's registered agent was served with a copy of the summons and complaint by service on Defendant. A copy of the Return of Service was filed with the U.S. Clerk of Court on January 20, 2026. *See* Certificate of Service [ECF#11].

## DEFENDANT'S FAILURE TO ANSWER OR PLEAD

4.      Defendant's counsel filed appearances in this matter on March 6, 2026. [ECF#14&15] Defendant has not filed an answer or other responsive pleading and over 21 days have passed since Defendant was served.

5.      Defendant is signatory to the collective bargaining agreement with the Mid-America Carpenters Regional Council ("Union"). *See* Decl. of J. Conklin ¶3, Exhibit A.

6.      Pursuant to the Agreement and ERISA, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the jurisdiction of the Union. *See* Decl. of J. Conklin ¶4, Exhibit A; 29 U.S.C. §1132(g)(2)(A).

7.      Pursuant to the Agreement and ERISA, Defendant must submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds. *See* Decl. of J. Conklin ¶5, Exhibit A; 29 U.S.C. §1059.

8. The Trust Funds engaged Legacy Professionals, LLP ("Legacy") to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2022 through December 31, 2023 ("Audit Period"). *See* Decl. of J. Conklin ¶6, Exhibit A.

9. Legacy completed an audit of Defendant's fringe benefit contributions for the Audit Period and determined that Defendant owed $50,560.88 in unpaid fringe benefit contributions. *See* Decl. of J. Conklin ¶7, Exhibit A. Although Defendant made partial payment of the amount due, Defendant stopped paying. *Id.*

**THIS MOTION**

10. This lawsuit was filed to collect the amount due from Defendant. *See* Decl. of J. Conklin ¶8, Exhibit A.

11. Because Defendant failed to comply with the terms of the Agreement, the Trust Funds had to employ the services of attorneys McJessy, Ching & Thompson, LLC to file a lawsuit to compel Defendant's compliance with the Agreement. As a result, the Trust Funds incurred attorney's fees and costs. Under the terms of the Agreement, Defendant is liable for the auditor's fees and attorney's fees and costs. *See* Decl. of J. Conklin ¶10, Exhibit A.

12. ERISA provides that the Trust Funds have the right to recover interest and liquidated damages or double interest whichever is greater. *See* 29 U.S.C. §1132(g)(2)(C)(i) & (ii); *Moriarty v. Svec*, 429 F.3d 710, 721 (7th Cir. 2005) ("In an action 'involving delinquent contributions . . . the court shall award the plan . . . interest on the unpaid contributions, [and] an amount equal to the greater of interest on the unpaid contributions, or liquidated damages[.]'"); *R.R. Maint. v. Elanar Constr. Co.*, 2017 U.S. Dist. LEXIS 239249, *4 ("Because Plaintiff's liquidated damages amount to less than the interest accrued, Plaintiff is entitled to double interest instead of interest and liquidated damages pursuant to ERISA, 29 U.S.C. § 1132(g)(2)(C).").

Here, the amount of interest is greater, so Trust Funds are entitled to recover double interest. *See* Decl. of J. Conklin ¶11, Exhibit A.

13.     Accordingly, the amount owed by Defendant is $58,041.12 which includes $20,560.88 in unpaid contributions, $26,699.64 in double interest, $8,104.60 in auditors' fees, and $2,186.00 in attorney fees and $490.00 in costs as follows:

A.     Defendant owes the Trust Funds unpaid fringe benefit contributions of $20,560.88, *see* Decl. of J. Conklin ¶7, Exhibit A;  29 U.S.C. §1132(g)(2)(A);

B.     Defendant owes the Trust Funds double interest of $26,699.64 on the amount that is due, *see* Decl. of J. Conklin ¶11, Exhibit A; 29 U.S.C. §1132(g)(2)(B) & (C)(i);

C.     Defendant owes the Trust Funds auditor's fees of $8,104.60 incurred by the Trust Funds to date to complete the audit of Defendant's books and records, *see* Decl. of J. Conklin ¶12, Exhibit A; 29 U.S.C. §1132(g)(2)(E); *Trs. of the Chi. Plastering Inst. Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902 (2009) ("This court, among others, has construed the latter provision [29 U.S.C. §1132(g)(2)(E)] to include an award of audit costs.");

D.     Defendant owes the Trust Funds reasonable attorney's fees of $2,186.00 and costs of $490.00 incurred in this action, *see* Decl. of J. Conklin ¶10, Exhibit A, Decl. of K. McJessy ¶¶5-7, Exhibit B; 29 U.S.C. §1132(g)(1) and §1132(g)(2)(D); and

E.     Defendant owes the Trust Funds reasonable attorney's fees and costs incurred by Trust Funds in enforcing this order; *see Free v. Briody*, 793 F.2d 807, 808-09 (7th Cir. 1986).

WHEREFORE, the Trust Funds respectfully request that the Court enter judgment in their favor and against Defendant in the amount of $58,041.12 for:

A.     unpaid fringe benefit contributions of $20,560.88;

B.     double interest of $26,699.64 on the amount that is due;

C.     auditor's fees of $8,104.60 incurred by the Trust Funds to date to complete the audit of Defendant's books and records;

D.     reasonable attorney's fees of $2,186.00 and costs of $490.00 incurred in this action and any reasonable attorney's fees and costs that the Trust Funds incur to enforce their judgment; and

E.     such other and further relief as the Court deems just and equitable.

4

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND *et al.*

By:   s/ Kevin P. McJessy
            One of Their Attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood
Suite 231
Chicago, Illinois 60613
773.880.1260
mcjessy@MCandT.com

**CERTIFICATE OF SERVICE**

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion For Entry Of Final Judgment For Sum Certain Against Defendant** to be served electronically via the Court's CM/ECF service for the Northern District of Illinois upon all counsel of record on March 9, 2026.

                                              s/ Kevin P. McJessy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND, MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND, MID-AMERICA CARPENTERS REGIONAL
COUNCIL APPRENTICE AND TRAINEE
PROGRAM, and MID-AMERICA CARPENTERS
REGIONAL COUNCIL SUPPLEMENTAL
RETIREMENT FUND,

                Plaintiffs,

v.

BILL WELDING & FABRICATION, LLC, an Illinois
limited liability company doing business as BWF
Construction and doing business as BWF Development,

                Defendant.

25-cv-15256

Judge Sunil R. Harjani

Magistrate Judge Maria Valdez

## DECLARATION OF JOHN CONKLIN

I, John Conklin, hereby declare as follows:

1. I am the Contributions Department Manager for the Mid-America Carpenters Regional Council Pension Fund, the Mid-America Carpenters Regional Council Health Fund; the Mid-America Carpenters Regional Council Apprentice And Trainee Program, and the Mid-America Carpenters Regional Council Supplemental Retirement Fund (collectively "the Trust Funds"). I have been employed by the Trust Funds since 2010 and I have been in my current position since January 2023.

2. As part of my duties, I am responsible for managing the collection of contributions for medical, pension and other benefits due from numerous employers pursuant to collective bargaining agreements between the employers and the Mid-America Carpenters Regional Council formerly known as the Chicago and Chicago Regional Council of Carpenters


EXHIBIT A

("Union"). I am also responsible for initiating audits of employers' fringe benefit contributions with auditing firms engaged by the Trust Funds for that purpose, including Legacy Professionals LLP ("Legacy"), for reviewing the fees charged by Legacy for its work, and for receiving, reviewing, collecting and maintaining audit reports prepared by Legacy of employers' fringe benefit contributions.

3. Bill Welding & Fabrication, LLC ("Defendant") is an employer bound by a collective bargaining agreement with the Union ("Area Agreement"). A copy of the Agreement dated July 8, 2020 between Defendant and the Union by which Defendant agreed to be bound by the Area Agreement is attached as Exhibit A-1. The Agreement binds Defendant to the Area Agreement with the Union and the trust agreements establishing the Trust Funds. The Agreement, the Area Agreement and the trust agreements are collectively referred to herein as "Agreements." As part of my work for the Trust Funds, I have reviewed the Agreements and I am familiar with their terms.

4. Pursuant to the Agreements, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the bargaining unit or jurisdiction of the Union.

5. Pursuant to the Agreements, Defendant also agreed to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

6. The Trust Funds engaged Legacy to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2021 to December 31, 2022.

7. Defendant produced records to Legacy which in turn prepared an audit report ("Audit Report") memorializing that based upon the records provided Defendant failed to pay

fringe benefit contributions of $50,560.88. A copy of the Audit Report prepared by Legacy is attached as Exhibit A-2. Legacy delivered a copy of its Audit Report to the Trust Funds. The Trust Funds maintain a copy of Legacy's Audit Report in their files as part of their ordinary course of business. According to the Audit Report and based on the records produced by Defendant to Legacy, Defendant owed $50,560.88 in unpaid fringe benefit contributions to the Trust Funds. The Audit Report was tendered to Defendant which then made $30,000 in payments toward the amount due. Defendant then stopped making payments on the Audit Report, despite repeated requests by Defendant to pay the amount due. The amount due is $20,560.88.

8. When Defendant failed to pay the amount due, the Trust Funds filed this lawsuit to collect the balance due on the Report.

9. The Agreements provide that the Trust Funds collect liquidated damages on unpaid fringe benefit contributions at a rate of 1½ percent compounded monthly and capped at 20 percent. The Agreements also provide that the Trust Funds collect interest on unpaid fringe benefit contributions as allowed by law.

10. Because Defendant failed to comply with the terms of the Agreements, the Trust Funds have had to employ the services of attorneys McJessy Ching & Thompson, LLC. As a result, the Trust Funds incurred attorneys' fees and costs.

11. A summary of the updated calculations of accrued interest and liquidated damages as of February 10, 2026 is attached hereto as Exhibit A-3. Defendant owes $13,349.82 in unpaid interest calculated pursuant to 26 U.S.C. §6621 and $10,112.17 in unpaid liquidated damages calculated in accordance with the Agreements.

12.   The Trust Funds paid Legacy $8,104.60 in auditor fees for Legacy to conduct its review of Defendant's books and records and to prepare the Audit Report.

13.   I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

28 U.S.C. §1746 Affirmation: I declare under penalty of perjury that the foregoing is true and correct.

_____
John Conkin

_____ 3/5/2026 _____
Executed On

## *Memorandum of Agreement*

| Employer | Bill Welding and Fabrication dba BWF Construction | | Address: | 939 W. North Ave – Suite 750 |
|---|---|---|---|---|
| City | Chicago | State IL | Zip 60642 | Phone 312-871-2623 |

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in *Illinois*: Adams, Boone, Brown, Bureau, Carroll, Cass, Champaign, Christian, Clark, Coles, Cook, Crawford, Cumberland, De Kalb, Dewitt, Douglas, DuPage, Edgar, Effingham, Ford, Fulton, Green, Grundy, Hancock, Henderson, Henry, Iroquois, Jasper, Jo Daviess, Kane, Kankakee, Kendall, Knox, Lake, La Salle, Lee, Livingston, Logan, Macon, Macoupin, Marshall, Mason, McDonough, McHenry, McLean, Menard, Mercer, Montgomery, Morgan, Moultrie, Ogle, Peoria, Piatt, Pike, Putnam, Rock Island, Sangamon, Shelby, Schuyler, Scott, Stark, Stephenson, Tazewell, Vermilion, Warren, Whiteside, Will, Winnebago, Woodford. The following counties in *Iowa*: Louisa (north of the Iowa River), Muscatine, and Scott; *For Millwright work, the Illinois counties listed above and the following Iowa counties:* Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth and Wright. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

2. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations throughout its territorial jurisdiction, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration dates of any current and successor Agreements which are incorporated herein. Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreements at least three (3) calendar months prior to the expiration of such Agreements or unless otherwise stated in the Agreement, the Agreements shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

3. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 2, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this **8th** day of **July, 2020.**

| EMPLOYER | CHICAGO REGIONAL COUNCIL OF CARPENTERS |
|---|---|
| *Cassandra Harris* | *[signature]* |
| Cassandra Harris CEO | Authorized Regional Council Representative |
| Print Name and Title | |

**EXHIBIT A-1**

# Agreements

## (Illinois Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)
Contractors Association of Will and Grundy Counties
Midwest Wall and Ceiling Contractors' Association

## (Illinois Western Region)

Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer Rock Island, and Henderson
Illinois Valley Contractors' Association Commercial, Bureau, LaSalle, Marshall, Putnam and Stark
Residential, Boone, Bureau, Carroll, DeKalb, Jo Daviess, LaSalle, Lee, Marshall, Ogle, Putnam, Stark, Stephenson, Whiteside and Winnebago
Commercial, DeKalb, portions of Ogle and Lee
Residential Construction Employers' Council, Boone, Bureau, Carroll, DeKalb, Jo Daviess, LaSalle, Lee, Marshall, Ogle, Putnam, Stark, Stephenson, Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, , Jo Daviess, portion of Lee, portion of Ogle, Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Ogle, Stephenson, Whiteside and Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Lee, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2-3

## (Iowa)

Quad City Builders' Association, Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Louisa north of Iowa River, Muscatine and Scott
Residential, Louisa north of the Iowa River, Muscatine, Scott
Millwright Local 2158 and the Illowa Millwright Contractors' Association, Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth and Wright
Heavy and Highway Associated Contractors Agreement Scott County
Heavy and Highway Contractors' Association, Louisa north of the Iowa River and Muscatine

(Illinois Southern Region)

Central Illinois Builders of AGC
Builders' Association of Tazewell County
Greater Peoria Contractors' and Suppliers' Association, Inc.
Residential Agreement
AGC Heavy & Highway Agreement
Mid-Central Illinois Millwright Contractors' Association Agreement
Central Illinois Builders-Greater Peoria-Tazewell Commercial Agreement
Central Illinois Builders-Greater Peoria-Tazewell Residential Agreement

The Employer Acknowledges receipt of a current copy of each agreement under which the company will be performing work. Each of the agreements are available upon request

It is also understood and agreed that it is the Employers' obligation to make a request for additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for which it has not already obtained a copy of the applicable Agreement.

Employer

Date 07-08-2020

**Mid-America Carpenters Regional Council**

# Discrepancy Summary By Month

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Contact: | Cassandra Harris |
| Address: | 4404 S Kildare Ave | | Title: | Owner |
| | Chicago, IL 60632 | | | |
| Phone: | 312-871-2623 | | Page: | 1 of 17 |

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| April 2021 | 60.00 | 60.00 | | $2,003.40 |
| June 2021 | 132.00 | 132.00 | | $5,161.80 |
| August 2021 | 107.00 | 107.00 | | $4,347.26 |
| October 2021 | 200.58 | 200.58 | | $8,733.28 |
| December 2021 | 196.91 | 196.91 | | $8,225.83 |
| January 2022 | | | | $3,626.93 |
| January 2022 | | | | $61.88 |
| February 2022 | | 18.75 | | $2,428.76 |
| March 2022 | 2.25 | 2.25 | | $3,629.99 |
| March 2022 | 10.00 | 10.00 | | $678.80 |
| April 2022 | 72.00 | 72.00 | | $9,034.90 |
| June 2022 | | | | $494.44 |
| July 2022 | | | | $1,366.29 |
| October 2022 | 19.48 | 19.48 | | $767.32 |

| | Total Hours | 800.22 | Benefit Hours | 818.97 | Discrepancy Amount | $50,560.86 |
|---|---|---|---|---|---|---|
| | | | | | Audit Liquidated Damages | $10,112.17 |
| | | | | | Total Amount Due | $60,673.03 |

**EXHIBIT**

**A-2**

**Mid-America Carpenters Regional Council**

# Discrepancy Summary By Error Type

| | | | | |
|---|---|---|---|---|
| Account Number: | 25853 | Engagement Period: | Jan 21 - Dec 22 | |
| Employer: | Bill Welding & Fabrication | Contact: | Cassandra Harris | |
| Address: | 4404 S Kildare Ave | Title: | Owner | |
| | Chicago, IL 60632 | | | |
| Phone: | 312-871-2623 | Page: | 2 of 17 | |

| Code | Description | | |
|---|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | | |
| P1C | Clerical Error - Commercial | $ | 207,493.81 |
| P1R | Clerical Error - Residential | $ | (172,651.95) |
| P3C | Omission - Commercial | $ | 1,146.12 |
| P3R | Omission - Residential | $ | 267.12 |
| P7C | ER Identified as Carpenter Not Reported - Comercial | $ | 2,007.64 |
| | **SIGNATORY EMPLOYER: CASH DISBURSEMENTS** | | |
| CD41 | Non-signatory Subcontractor 100% Labor Factor | $ | 710.25 |
| CD1C | Clerical Error - Commercial | $ | 4,589.54 |
| CD3C | Omission - Commercial | $ | 3,835.35 |
| CD15C | Bonus/Additional Pay - Commercial | $ | 3,162.98 |

| | |
|---|---|
| Sub-Total Discrepancies From All Listed Codes | $50,560.86 |
| Audit Liquidated Damages | $10,112.17 |
| Total Amount Due | $60,673.03 |

**Mid-America Carpenters Regional Council**

# Liquidated Damages Schedule

| Account Number: | 25853 | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|
| Employer: | Bill Welding & Fabrication | Contact: | Cassandra Harris |
| Address: | 4404 S Kildare Ave | Title: | Owner |
| | Chicago, IL 60632 | | |
| Phone: | 312-871-2623 | Page: | 3 of 17 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| April 2021 | $2,003.40 | 31 | 20.00% | $400.68 |
| June 2021 | $5,161.80 | 29 | 20.00% | $1,032.36 |
| August 2021 | $4,347.26 | 27 | 20.00% | $869.45 |
| October 2021 | $8,733.28 | 25 | 20.00% | $1,746.66 |
| December 2021 | $8,225.83 | 23 | 20.00% | $1,645.17 |
| January 2022 | $3,626.93 | 22 | 20.00% | $725.39 |
| January 2022 | $61.88 | 22 | 20.00% | $12.38 |
| February 2022 | $2,428.76 | 21 | 20.00% | $485.75 |
| March 2022 | $3,629.99 | 20 | 20.00% | $726.00 |
| March 2022 | $678.80 | 20 | 20.00% | $135.76 |
| April 2022 | $9,034.90 | 19 | 20.00% | $1,806.98 |
| June 2022 | $494.44 | 17 | 20.00% | $98.89 |
| July 2022 | $1,366.29 | 16 | 20.00% | $273.26 |
| October 2022 | $767.32 | 13 | 20.00% | $153.46 |

| | | | |
|---|---|---|---|
| | | **Total Damages this Schedule** | $10,112.19 |
| **Total Discrepancies** | $50,560.86 | **20% of Discrepancies** | $10,112.17 |
| | | **Assessed Damages** | $10,112.17 |

**Mid-America Carpenters Regional Council**

# Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **April 2021** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 4 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * * April-21 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▬▬▬ | Wicks, Reginald | P1R | 60.00 | 60.00 | 120.00 | | | | | 120.00 | 60.00 | 60.00 | 33.39 | $ 2,003.40 |
| | | | | | | | | | | | | | | |
| | | | | Total | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 | 60.00 | 60.00 | | $ 2,003.40 |

**Mid-America Carpenters Regional Council**

## Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **June 2021** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 5 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * * June-21 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coats, Lamarr | P3R | 0.00 | 0.00 | 8.00 | | | | | 8.00 | 8.00 | 8.00 | 33.39 | $ 267.12 |
| | Cobrales, Heliodoro | CD3C | 0.00 | 0.00 | 6.00 | | | | | 6.00 | 6.00 | 6.00 | 37.88 | $ 227.28 |
| | Cobrales, Heliodoro | P1R | 6.00 | 6.00 | 0.00 | | | | | 0.00 | (6.00) | (6.00) | 33.39 | $ (200.34) |
| | Karrson, Derek | P7C | 0.00 | 0.00 | 37.00 | | | | | 37.00 | 37.00 | 37.00 | 37.88 | $ 1,401.56 |
| | Pogliano, Louis | CD3C | 0.00 | 0.00 | 16.00 | | | | | 16.00 | 16.00 | 16.00 | 37.88 | $ 606.08 |
| | Pogliano, Louis | P1R | 16.00 | 16.00 | 0.00 | | | | | 0.00 | (16.00) | (16.00) | 33.39 | $ (534.24) |
| | Ramsey, Wade | P7C | 0.00 | 0.00 | 16.00 | | | | | 16.00 | 16.00 | 16.00 | 37.88 | $ 606.08 |
| | Sinks, James | P1C | 0.00 | 0.00 | 77.00 | | | | | 77.00 | 77.00 | 77.00 | 37.88 | $ 2,916.76 |
| | Sinks, James | P1R | 6.00 | 6.00 | 0.00 | | | | | 0.00 | (6.00) | (6.00) | 33.39 | $ (200.34) |
| | Smalley, Kevin | CD3C | 0.00 | 0.00 | 16.00 | | | | | 16.00 | 16.00 | 16.00 | 37.88 | $ 606.08 |
| | Smalley, Kevin | P1R | 16.00 | 16.00 | 0.00 | | | | | 0.00 | (16.00) | (16.00) | 33.39 | $ (534.24) |
| | | | **Total** 176.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 176.00 | 132.00 | 132.00 | | $ 5,161.80 |

**Mid-America Carpenters Regional Council**

# Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer:<br>Address: | Bill Welding & Fabrication<br>4404 S Kildare Ave<br>Chicago, IL 60632 | | Month:<br><br>Page # : | **August 2021**<br><br>6 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * *<br>August-21 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pogliano, Louis | CD3C | 0.00 | 0.00 | 63.25 | | | | | 63.25 | 63.25 | 63.25 | 37.88 | $ 2,395.91 |
| | Smalley, Kevin | P1C | 0.00 | 0.00 | 32.00 | | | | | 32.00 | 32.00 | 32.00 | 37.88 | $ 1,212.16 |
| | Smalley, Kevin | CD15C | 0.00 | 0.00 | 45.25 | | | | | 45.25 | 45.25 | 45.25 | 37.88 | $ 1,714.07 |
| | Smalley, Kevin | P1R | 84.00 | 84.00 | 50.50 | | | | | 50.50 | (33.50) | (33.50) | 33.39 | $ (1,118.57) |
| | Store, William | P1C | 0.00 | 0.00 | 32.00 | | | | | 32.00 | 32.00 | 32.00 | 37.88 | $ 1,212.16 |
| | Store, William | P1R | 32.00 | 32.00 | 0.00 | | | | | 0.00 | (32.00) | (32.00) | 33.39 | $ (1,068.48) |
| | | Total | 223.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 223.00 | 107.00 | 107.00 | | $ 4,347.26 |

**Mid-America Carpenters Regional Council**

# Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: Address: | Bill Welding & Fabrication 4404 S Kildare Ave Chicago, IL 60632 | | Month: | **October 2021** |
| | | | Page # : | 7 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Month * * * * * October-21 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mandes, Robert | P1C | 0.00 | 0.00 | 138.33 | | | | | 138.33 | 138.33 | 138.33 | 37.88 | $ 5,239.94 |
| | Mandes, Robert | P1R | 97.83 | 97.83 | 26.00 | | | | | 26.00 | (71.83) | (71.83) | 34.13 | $ (2,451.56) |
| | Valdivieso, Rafael | P1C | 0.00 | 0.00 | 176.50 | | | | | 176.50 | 176.50 | 176.50 | 37.88 | $ 6,685.82 |
| | Valdivieso, Rafael | CD1C | 0.00 | 0.00 | 22.00 | | | | | 22.00 | 22.00 | 22.00 | 37.88 | $ 833.36 |
| | Valdivieso, Rafael | P1R | 176.50 | 176.50 | 20.00 | | | | | 20.00 | (156.50) | (156.50) | 34.13 | $ (5,341.35) |
| | Wightman, Donald | P1C | 0.00 | 0.00 | 166.50 | | | | | 166.50 | 166.50 | 166.50 | 37.88 | $ 6,307.02 |
| | Wightman, Donald | P1R | 126.00 | 126.00 | 51.58 | | | | | 51.58 | (74.42) | (74.42) | 34.13 | $ (2,539.95) |
| | | | | Total | 600.91 | 0.00 | 0.00 | 0.00 | 0.00 | 600.91 | 200.58 | 200.58 | | $ 8,733.28 |

**Mid-America Carpenters Regional Council**

## Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **December 2021** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 8 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * * December-21 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aguilar-Sanchez, Josue | P1C | 0.00 | 0.00 | 128.00 | | | | | 128.00 | 128.00 | 128.00 | 37.88 | $ 4,848.64 |
| | Aguilar-Sanchez, Josue | CD1C | 0.00 | 0.00 | 91.16 | | | | | 91.16 | 91.16 | 91.16 | 37.88 | $ 3,453.14 |
| | Aguilar-Sanchez, Josue | CD15C | 0.00 | 0.00 | 38.25 | | | | | 38.25 | 38.25 | 38.25 | 37.88 | $ 1,448.91 |
| | Aguilar-Sanchez, Josue | P1R | 64.00 | 64.00 | 3.50 | | | | | 3.50 | (60.50) | (60.50) | 34.13 | $ (2,064.87) |
| | Cisneros, Luis | P1C | 0.00 | 0.00 | 109.50 | | | | | 109.50 | 109.50 | 109.50 | 37.88 | $ 4,147.86 |
| | Cisneros, Luis | CD1C | 0.00 | 0.00 | 8.00 | | | | | 8.00 | 8.00 | 8.00 | 37.88 | $ 303.04 |
| | Cisneros, Luis | P1R | 117.50 | 117.50 | 0.00 | | | | | 0.00 | (117.50) | (117.50) | 34.13 | $ (4,010.28) |
| | Quinonez, Danny | P1C | 0.00 | 0.00 | 26.50 | | | | | 26.50 | 26.50 | 26.50 | 37.88 | $ 1,003.82 |
| | Quinonez, Danny | P1R | 28.50 | 28.50 | 2.00 | | | | | 2.00 | (26.50) | (26.50) | 34.13 | $ (904.45) |
| | | | | Total | 406.91 | 0.00 | 0.00 | 0.00 | 0.00 | 406.91 | 196.91 | 196.91 | | $ 8,225.83 |

**Mid-America Carpenters Regional Council**

# Monthly Detail Report

| Account Number: | 25853 | | | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | | | Month: | **January 2022** |
| Address: | 4404 S Kildare Ave | | | | | |
| | Chicago, IL 60632 | | | | Page # : | 9 of 17 |
| Phone: | 312-871-2623 | | | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Month * * * * * January-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Arceo, Miguel | P1C | 0.00 | 0.00 | 152.34 | | | | | 152.34 | 152.34 | 152.34 | 37.88 | $ 5,770.64 |
| | Arceo, Miguel | P1R | 152.34 | 152.34 | 0.00 | | | | | 0.00 | (152.34) | (152.34) | 34.13 | $ (5,199.36) |
| | Coats, Lamarr | P1C | 0.00 | 0.00 | 8.00 | | | | | 8.00 | 8.00 | 8.00 | 37.88 | $ 303.04 |
| | Coats, Lamarr | P1R | 37.00 | 37.00 | 29.00 | | | | | 29.00 | (8.00) | (8.00) | 34.13 | $ (273.04) |
| | Hockenberry, Andrew | P1C | 0.00 | 0.00 | 140.17 | | | | | 140.17 | 140.17 | 140.17 | 37.88 | $ 5,309.64 |
| | Hockenberry, Andrew | P1R | 140.17 | 140.17 | 0.00 | | | | | 0.00 | (140.17) | (140.17) | 34.13 | $ (4,784.00) |
| | Lewis, Arthur | P1C | 0.00 | 0.00 | 31.50 | | | | | 31.50 | 31.50 | 31.50 | 37.88 | $ 1,193.22 |
| | Lewis, Arthur | P1R | 60.50 | 60.50 | 29.00 | | | | | 29.00 | (31.50) | (31.50) | 34.13 | $ (1,075.10) |
| | Markese, James | P1C | 0.00 | 0.00 | 95.50 | | | | | 95.50 | 95.50 | 95.50 | 37.88 | $ 3,617.54 |
| | Markese, James | P1R | 95.50 | 95.50 | 0.00 | | | | | 0.00 | (95.50) | (95.50) | 34.13 | $ (3,259.42) |
| | Myers, Matthew | P1C | 0.00 | 0.00 | 8.00 | | | | | 8.00 | 8.00 | 8.00 | 37.88 | $ 303.04 |
| | Myers, Matthew | P1R | 29.00 | 29.00 | 21.00 | | | | | 21.00 | (8.00) | (8.00) | 34.13 | $ (273.04) |
| | Ojeda, Steve | P1C | 0.00 | 0.00 | 63.50 | | | | | 63.50 | 63.50 | 63.50 | 37.88 | $ 2,405.38 |
| | Ojeda, Steve | P1R | 78.00 | 78.00 | 14.50 | | | | | 14.50 | (63.50) | (63.50) | 34.13 | $ (2,167.26) |
| | Perez, Jose | P1C | 0.00 | 0.00 | 47.50 | | | | | 47.50 | 47.50 | 47.50 | 37.88 | $ 1,799.30 |
| | Perez, Jose | P1R | 63.50 | 63.50 | 16.00 | | | | | 16.00 | (47.50) | (47.50) | 34.13 | $ (1,621.18) |
| | Plascenia, Ricardo | P1C | 0.00 | 0.00 | 105.50 | | | | | 105.50 | 105.50 | 105.50 | 37.88 | $ 3,996.34 |
| | Plascenia, Ricardo | P1R | 105.50 | 105.50 | 0.00 | | | | | 0.00 | (105.50) | (105.50) | 34.13 | $ (3,600.72) |
| | Quinonez, Danny | P1C | 0.00 | 0.00 | 143.33 | | | | | 143.33 | 143.33 | 143.33 | 37.88 | $ 5,429.34 |
| | Quinonez, Danny | P1R | 143.33 | 143.33 | 0.00 | | | | | 0.00 | (143.33) | (143.33) | 34.13 | $ (4,891.85) |
| | Sinks, James | P1C | 0.00 | 0.00 | 58.00 | | | | | 58.00 | 58.00 | 58.00 | 37.88 | $ 2,197.04 |
| | Sinks, James | P1R | 96.50 | 96.50 | 38.50 | | | | | 38.50 | (58.00) | (58.00) | 34.13 | $ (1,979.54) |
| | Torres, Adrian | P1C | 0.00 | 0.00 | 113.84 | | | | | 113.84 | 113.84 | 113.84 | 37.88 | $ 4,312.26 |
| | Torres, Adrian | P1R | 113.84 | 113.84 | 0.00 | | | | | 0.00 | (113.84) | (113.84) | 34.13 | $ (3,885.36) |
| | | | Total | 1,115.18 | 0.00 | 0.00 | 0.00 | 0.00 | | 1,115.18 | 0.00 | 0.00 | | $ 3,626.93 |

**Mid-America Carpenters Regional Council**

## Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **January 2022** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 10 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * * | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | January-22 | | | | | | | | | |
| | Trahey, Daniel | P1C | 0.00 | 0.00 | 1.50 | | | | | 1.50 | 1.50 | 1.50 | 37.88 | $ 56.82 |
| | Trahey, Daniel | P1R | 19.50 | 19.50 | 18.00 | | | | | 18.00 | (1.50) | (1.50) | 34.13 | $ (51.20) |
| | Walton, Allan | P1C | 0.00 | 0.00 | 15.00 | | | | | 15.00 | 15.00 | 15.00 | 37.88 | $ 568.20 |
| | Walton, Allan | P1R | 44.50 | 44.50 | 29.50 | | | | | 29.50 | (15.00) | (15.00) | 34.13 | $ (511.95) |
| | | Total | 64.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.00 | 0.00 | 0.00 | | | $ 61.88 |

**Mid-America Carpenters Regional Council**

# Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **February 2022** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 11 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | Actual Hours Per Month February-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Arceo, Miguel | P1C | 0.00 | 0.00 | 126.70 | | | | | 126.70 | 126.70 | 126.70 | 37.88 | $ 4,799.40 |
| | Arceo, Miguel | P1R | 126.70 | 126.70 | 0.00 | | | | | 0.00 | (126.70) | (126.70) | 34.13 | $ (4,324.27) |
| | Douglas Family Hardwood Floor | CD41 | 0.00 | 0.00 | 18.75 | | | | | 18.75 | 0.00 | 18.75 | 37.88 | $ 710.25 |
| | Fuentes, Nestor | P1C | 0.00 | 0.00 | 72.05 | | | | | 72.05 | 72.05 | 72.05 | 37.88 | $ 2,729.25 |
| | Fuentes, Nestor | P1R | 72.05 | 72.05 | 0.00 | | | | | 0.00 | (72.05) | (72.05) | 34.13 | $ (2,459.07) |
| | Hockenberry, Andrew | P1C | 0.00 | 0.00 | 72.02 | | | | | 72.02 | 72.02 | 72.02 | 37.88 | $ 2,728.12 |
| | Hockenberry, Andrew | P1R | 72.02 | 72.02 | 0.00 | | | | | 0.00 | (72.02) | (72.02) | 34.13 | $ (2,458.04) |
| | Izquierdo, Juan | P1C | 0.00 | 0.00 | 61.15 | | | | | 61.15 | 61.15 | 61.15 | 37.88 | $ 2,316.36 |
| | Izquierdo, Juan | P1R | 61.15 | 61.15 | 0.00 | | | | | 0.00 | (61.15) | (61.15) | 34.13 | $ (2,087.05) |
| | Perez, Jose | P1C | 0.00 | 0.00 | 8.00 | | | | | 8.00 | 8.00 | 8.00 | 37.88 | $ 303.04 |
| | Perez, Jose | P1R | 24.00 | 24.00 | 16.00 | | | | | 16.00 | (8.00) | (8.00) | 34.13 | $ (273.04) |
| | Quinonez, Danny | P1C | 0.00 | 0.00 | 94.35 | | | | | 94.35 | 94.35 | 94.35 | 37.88 | $ 3,573.98 |
| | Quinonez, Danny | P1R | 94.35 | 94.35 | 0.00 | | | | | 0.00 | (94.35) | (94.35) | 34.13 | $ (3,220.17) |
| | Torres, Adrian | P1C | 0.00 | 0.00 | 24.00 | | | | | 24.00 | 24.00 | 24.00 | 37.88 | $ 909.12 |
| | Torres, Adrian | P1R | 24.00 | 24.00 | 0.00 | | | | | 0.00 | (24.00) | (24.00) | 34.13 | $ (819.12) |
| | | | Total | 493.02 | 0.00 | 0.00 | 0.00 | 0.00 | | 493.02 | 0.00 | 18.75 | | $ 2,428.76 |

**Mid-America Carpenters Regional Council**

# Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **March 2022** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 12 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Month * * * * * March-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Arceo Miguel | P1C | 0.00 | 0.00 | 164.45 | | | | | 164.45 | 164.45 | 164.45 | 37.88 | $ 6,229.37 |
| | Arceo Miguel | P1R | 162.20 | 162.20 | 0.00 | | | | | 0.00 | (162.20) | (162.20) | 34.13 | $ (5,535.89) |
| | Blizniak James | P1C | 0.00 | 0.00 | 80.00 | | | | | 80.00 | 80.00 | 80.00 | 37.88 | $ 3,030.40 |
| | Blizniak James | P1R | 152.00 | 152.00 | 72.00 | | | | | 72.00 | (80.00) | (80.00) | 34.13 | $ (2,730.40) |
| | Fuentes Nestor | P1C | 0.00 | 0.00 | 67.82 | | | | | 67.82 | 67.82 | 67.82 | 37.88 | $ 2,569.02 |
| | Fuentes Nestor | P1R | 67.82 | 67.82 | 0.00 | | | | | 0.00 | (67.82) | (67.82) | 34.13 | $ (2,314.70) |
| | Greene Patrick | P1C | 0.00 | 0.00 | 72.00 | | | | | 72.00 | 72.00 | 72.00 | 37.88 | $ 2,727.36 |
| | Greene Patrick | P1R | 72.00 | 72.00 | 0.00 | | | | | 0.00 | (72.00) | (72.00) | 34.13 | $ (2,457.36) |
| | Hockenberry Andrew | P1C | 0.00 | 0.00 | 124.80 | | | | | 124.80 | 124.80 | 124.80 | 37.88 | $ 4,727.42 |
| | Hockenberry Andrew | P1R | 124.80 | 124.80 | 0.00 | | | | | 0.00 | (124.80) | (124.80) | 34.13 | $ (4,259.42) |
| | Izquierdo Juan | P1C | 0.00 | 0.00 | 136.00 | | | | | 136.00 | 136.00 | 136.00 | 37.88 | $ 5,151.68 |
| | Izquierdo Juan | P1R | 136.00 | 136.00 | 0.00 | | | | | 0.00 | (136.00) | (136.00) | 34.13 | $ (4,641.68) |
| | Kendrick Nikisha | P1C | 0.00 | 0.00 | 56.00 | | | | | 56.00 | 56.00 | 56.00 | 37.88 | $ 2,121.28 |
| | Kendrick Nikisha | P1R | 56.00 | 56.00 | 0.00 | | | | | 0.00 | (56.00) | (56.00) | 34.13 | $ (1,911.28) |
| | Lewis Arthur | P1C | 0.00 | 0.00 | 86.95 | | | | | 86.95 | 86.95 | 86.95 | 37.88 | $ 3,293.67 |
| | Lewis Arthur | P1R | 86.95 | 86.95 | 0.00 | | | | | 0.00 | (86.95) | (86.95) | 34.13 | $ (2,967.60) |
| | Prudente Marbely | P1C | 0.00 | 0.00 | 72.00 | | | | | 72.00 | 72.00 | 72.00 | 37.88 | $ 2,727.36 |
| | Prudente Marbely | P1R | 72.00 | 72.00 | 0.00 | | | | | 0.00 | (72.00) | (72.00) | 34.13 | $ (2,457.36) |
| | Todd Gregory | P1C | 0.00 | 0.00 | 39.50 | | | | | 39.50 | 39.50 | 39.50 | 37.88 | $ 1,496.26 |
| | Todd Gregory | P1R | 39.50 | 39.50 | 0.00 | | | | | 0.00 | (39.50) | (39.50) | 34.13 | $ (1,348.14) |
| | Torres Adrian | P1C | 0.00 | 0.00 | 48.00 | | | | | 48.00 | 48.00 | 48.00 | 37.88 | $ 1,818.24 |
| | Torres Adrian | P1R | 48.00 | 48.00 | 0.00 | | | | | 0.00 | (48.00) | (48.00) | 34.13 | $ (1,638.24) |
| | | | Total 1,019.52 | | 0.00 | 0.00 | 0.00 | 0.00 | | 1,019.52 | 2.25 | 2.25 | | $ 3,629.99 |

**Mid-America Carpenters Regional Council**

# Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **March 2022** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 13 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | Actual Hours Per Month March-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Torres Christian | P1C | 0.00 | 0.00 | 80.00 | | | | | 80.00 | 80.00 | 80.00 | 37.88 | $ 3,030.40 |
| | Torres Christian | P1R | 80.00 | 80.00 | 0.00 | | | | | 0.00 | (80.00) | (80.00) | 34.13 | $ (2,730.40) |
| | Walton Allan | P3C | 0.00 | 0.00 | 10.00 | | | | | 10.00 | 10.00 | 10.00 | 37.88 | $ 378.80 |
| | | | | | | | | | | | | | | |
| Total | | | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 90.00 | 10.00 | 10.00 | | $ 678.80 |

0

## Monthly Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 | |
| Employer: | Bill Welding & Fabrication | | Month: | **April 2022** | |
| Address: | 4404 S Kildare Ave | | | | |
| | Chicago, IL 60632 | | Page # : | 14 of 17 | |
| Phone: | 312-871-2623 | | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * * April-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Arceo Miguel | P1C | 0.00 | 0.00 | 235.78 | | | | | 235.78 | 235.78 | 235.78 | 37.88 | $ 8,931.35 |
| | Arceo Miguel | P1R | 235.78 | 235.78 | 0.00 | | | | | 0.00 | (235.78) | (235.78) | 34.13 | $ (8,047.17) |
| | Blizniak James | P1C | 0.00 | 0.00 | 112.00 | | | | | 112.00 | 112.00 | 112.00 | 37.88 | $ 4,242.56 |
| | Blizniak James | P1R | 72.00 | 72.00 | 32.00 | | | | | 32.00 | (40.00) | (40.00) | 34.13 | $ (1,365.20) |
| | Estefania Alan | P1C | 0.00 | 0.00 | 203.95 | | | | | 203.95 | 203.95 | 203.95 | 37.88 | $ 7,725.63 |
| | Estefania Alan | P1R | 203.95 | 203.95 | 0.00 | | | | | 0.00 | (203.95) | (203.95) | 34.13 | $ (6,960.81) |
| | Greene Patrick | P1C | 0.00 | 0.00 | 87.98 | | | | | 87.98 | 87.98 | 87.98 | 37.88 | $ 3,332.68 |
| | Greene Patrick | P1R | 149.98 | 149.98 | 62.00 | | | | | 62.00 | (87.98) | (87.98) | 34.13 | $ (3,002.76) |
| | Herrera Rafael | P1C | 0.00 | 0.00 | 205.00 | | | | | 205.00 | 205.00 | 205.00 | 37.88 | $ 7,765.40 |
| | Herrera Rafael | P1R | 205.00 | 205.00 | 0.00 | | | | | 0.00 | (205.00) | (205.00) | 34.13 | $ (6,996.65) |
| | Izquierdo Juan | P1C | 0.00 | 0.00 | 236.75 | | | | | 236.75 | 236.75 | 236.75 | 37.88 | $ 8,968.09 |
| | Izquierdo Juan | P1R | 236.75 | 236.75 | 0.00 | | | | | 0.00 | (236.75) | (236.75) | 34.13 | $ (8,080.28) |
| | Kendrick Nikisha | P1C | 0.00 | 0.00 | 24.00 | | | | | 24.00 | 24.00 | 24.00 | 37.88 | $ 909.12 |
| | Kendrick Nikisha | P1R | 24.00 | 24.00 | 0.00 | | | | | 0.00 | (24.00) | (24.00) | 34.13 | $ (819.12) |
| | Lewis Arthur | P1C | 0.00 | 0.00 | 231.97 | | | | | 231.97 | 231.97 | 231.97 | 37.88 | $ 8,787.02 |
| | Lewis Arthur | P1R | 231.97 | 231.97 | 0.00 | | | | | 0.00 | (231.97) | (231.97) | 34.13 | $ (7,917.14) |
| | Swanigan Jemollo | P1C | 0.00 | 0.00 | 213.00 | | | | | 213.00 | 213.00 | 213.00 | 37.88 | $ 8,068.44 |
| | Swanigan Jemollo | P1R | 213.00 | 213.00 | 0.00 | | | | | 0.00 | (213.00) | (213.00) | 34.13 | $ (7,269.69) |
| | Todd Gregory | P1C | 0.00 | 0.00 | 203.58 | | | | | 203.58 | 203.58 | 203.58 | 37.88 | $ 7,711.61 |
| | Todd Gregory | P1R | 203.58 | 203.58 | 0.00 | | | | | 0.00 | (203.58) | (203.58) | 34.13 | $ (6,948.19) |
| | | | Total | 1,848.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1,848.01 | | 72.00 | 72.00 | | $ 9,034.90 |

0

## Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **June 2022** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 15 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * * June-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | Lewis Arthur | P1C | 0.00 | 0.00 | 6.00 | | | | | 6.00 | 6.00 | 6.00 | 39.39 | $ 236.34 |
| | Lewis Arthur | P1R | 6.00 | 6.00 | 0.00 | | | | | 0.00 | (6.00) | (6.00) | 34.13 | $ (204.78) |
| | Orozco Christian | P1C | 0.00 | 0.00 | 88.00 | | | | | 88.00 | 88.00 | 88.00 | 39.39 | $ 3,466.32 |
| | Orozco Christian | P1R | 88.00 | 88.00 | 0.00 | | | | | 0.00 | (88.00) | (88.00) | 34.13 | $ (3,003.44) |
| | | | | | | | | | | | | | | |
| | | Total | 94.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.00 | | | 0.00 | 0.00 | | $ 494.44 |

0

| Monthly Detail Report |
|---|

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer: | Bill Welding & Fabrication | | Month: | **July 2022** |
| Address: | 4404 S Kildare Ave | | | |
| | Chicago, IL 60632 | | Page # : | 16 of 17 |
| Phone: | 312-871-2623 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Month * * * * * July-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | Blakely Lashawna | P1C | 0.00 | 0.00 | 64.00 | | | | | 64.00 | 64.00 | 64.00 | 39.39 | $ 2,520.96 |
| | Blakely Lashawna | P1R | 64.00 | 64.00 | 0.00 | | | | | 0.00 | (64.00) | (64.00) | 34.13 | $ (2,184.32) |
| | Kimble Arleque | P1C | 0.00 | 0.00 | 38.00 | | | | | 38.00 | 38.00 | 38.00 | 39.39 | $ 1,496.82 |
| | Kimble Arleque | P1R | 85.50 | 85.50 | 47.50 | | | | | 47.50 | (38.00) | (38.00) | 34.13 | $ (1,296.94) |
| | Martinez Alvaro | P1C | 0.00 | 0.00 | 80.00 | | | | | 80.00 | 80.00 | 80.00 | 39.39 | $ 3,151.20 |
| | Martinez Alvaro | P1R | 80.00 | 80.00 | 0.00 | | | | | 0.00 | (80.00) | (80.00) | 34.13 | $ (2,730.40) |
| | Todd Gregory | P1C | 0.00 | 0.00 | 77.75 | | | | | 77.75 | 77.75 | 77.75 | 39.39 | $ 3,062.57 |
| | Todd Gregory | P1R | 117.75 | 117.75 | 40.00 | | | | | 40.00 | (77.75) | (77.75) | 34.13 | $ (2,653.61) |
| | | | | Total | 347.25 | 0.00 | 0.00 | 0.00 | 0.00 | 347.25 | 0.00 | 0.00 | | $ 1,366.29 |

0

## Monthly Detail Report

| Account Number: | 25853 | | Engagement Period: | Jan 21 - Dec 22 |
|---|---|---|---|---|
| Employer:<br>Address: | Bill Welding & Fabrication<br>4404 S Kildare Ave<br>Chicago, IL 60632 | | Month: | **October 2022** |
| Phone: | 312-871-2623 | | Page # : | 17 of 17 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Month * * * * * * * October-22 | | | | | Total Hours | Total Hour Difference | Benefit Hour Difference | Benefit Rate | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | Flores Armando | P3C | 0.00 | 0.00 | 19.48 | | | | | 19.48 | 19.48 | 19.48 | 39.39 | $ 767.32 |
| | | | | Total | 19.48 | 0.00 | 0.00 | 0.00 | 0.00 | 19.48 | 19.48 | 19.48 | | $ 767.32 |

# Interest & Damages Summary

Account Number: 25853

Calculation Date: February 10, 2026

Employer: Bill welding & Fabrication
Address: 4404 S Kildare Ave
Chicago, IL 60632

| Reporting Period | Delinquency Amount | Amount Paid | Paid Date | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|---|---|
| April 2021 | $ 2,003.40 | $ 2,003.40 | 10/31/2024 | $480.73 | $400.68 | $2,884.81 |
| June 2021 | $ 5,161.80 | $ 5,161.80 | 10/31/2024 | $1,211.43 | $1,032.36 | $7,405.59 |
| August 2021 | $ 4,347.26 | $ 2,834.80 | 10/31/2024 | $1,022.50 | $869.45 | $6,239.21 |
| August 2021 | | $ 1,512.46 | 1/27/2025 | | | |
| October 2021 | $ 8,733.28 | $ 8,487.54 | 1/27/2025 | $2,118.99 | $1,746.66 | $12,598.93 |
| October 2021 | | $ 245.74 | 5/6/2025 | | | |
| December 2021 | $ 8,225.83 | $ 8,225.83 | 5/6/2025 | $2,090.84 | $1,645.17 | $11,961.84 |
| January 2022 | $ 3,688.81 | $ 1,528.43 | 5/6/2025 | $1,040.86 | $737.76 | $5,467.43 |
| February 2022 | $ 2,428.76 | | | $732.03 | $485.75 | $3,646.54 |
| March 2022 | $ 4,308.79 | | | $1,281.31 | $861.76 | $6,451.86 |
| April 2022 | $ 9,034.90 | | | $2,648.66 | $1,806.98 | $13,490.54 |
| June 2022 | $ 494.44 | | | $140.37 | $98.89 | $733.70 |
| July 2022 | $ 1,366.29 | | | $380.60 | $273.26 | $2,020.15 |
| October 2022 | $ 767.32 | | | $201.50 | $153.46 | $1,122.28 |
| Totals | $50,560.88 | $30,000.00 | | $13,349.82 | $10,112.17 | $74,022.88 |

**EXHIBIT A-3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND, MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, MID-AMERICA CARPENTERS REGIONAL COUNCIL APPRENTICE AND TRAINEE PROGRAM, and MID-AMERICA CARPENTERS REGIONAL COUNCIL SUPPLEMENTAL RETIREMENT FUND, | 25-cv-15256 |
| Plaintiffs, | Judge Sunil R. Harjani |
| | Magistrate Judge Maria Valdez |
| v. | |
| BILL WELDING & FABRICATION, LLC, an Illinois limited liability company doing business as BWF Construction and doing business as BWF Development, | |
| Defendant. | |

## <u>DECLARATION OF KEVIN P. MCJESSY</u>

I, Kevin P. McJessy, hereby state as follows:

1. I am one of the attorneys representing the Mid-America Carpenters Regional Council Pension Fund; Mid-America Carpenters Regional Council Health Fund; Mid-America Carpenters Regional Council Apprentice And Trainee Program; And Mid-America Carpenters Regional Council Supplemental Retirement Fund (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against Bill Welding & Fabrication, LLC ("Defendant").

2. I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995. I am an attorney with and a principal of McJessy, Ching & Thompson, LLC ("MC&T").



**EXHIBIT**

**B**

3.  As part of my practice, I handle claims under ERISA. I personally represented the Trust Funds in this Lawsuit. I have represented the Trust Funds in this Lawsuit since its inception.

4.  Sheila Keating is a paralegal with MC&T. She has been a paralegal since 1987.

5.  The Trust Funds have incurred $2,186.00 in fees and $490.00 in recoverable expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements.

6.  The Trust Funds have collectively incurred fees totaling $2,006.00 for 6.80 hours of attorney services and $180.00 for 1.50 hours of paralegal services. A redacted copy of the client ledger showing the time spent and a description of the work performed is attached as Exhibit B-1.

| Name | Services | Hours | Rate | Total |
|---|---|---|---|---|
| Kevin McJessy ("KM") | Attorney | 6.80 | $295/hr. | $2,006.00 |
| Sheila Keating ("SK) | Paralegal | 1.50 | $120/hr. | $180.00 |
| Total | | | | $2,186.00 |

7.  The Trust Funds incurred $490.00 in recoverable expenses for the filing fee and service of summons:

| 12/22/2025 | U.S. Clerk of Court | Filing Fee | $405.00 |
|---|---|---|---|
| 12/30/2025 | Windy City Process Serving, Inc. | Process Server for Service of Summons | $85.00 |
| Total | | | $490.00 |

8.  The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters and are substantially reduced from MC&T's standard rate.

9.  I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin P. McJessy

_____March 6, 2026_____
Executed On Date

Client Ledger
ALL DATES

| Date | Received From/Paid T | Explanation | Lwy | Hours | Amount | Disbs |
|------|------|------|------|------|------|------|
| **1000 Mid-America Carpenters Regional Council** | | | | | | |
| **0387-BILL** | **Bill Welding & Fabrication - Audits** | | **Resp Lawyer: KM** | | | |
| 11/25/2025 | Lawyer: KM 0.50 Hrs X 295.00 | Reviewed audit referral file materials for new matter against Bill Welding and Fabrication. | KM | 0.50 | 147.50 | |
| 11/26/2025 | Lawyer: SK 0.10 Hrs X 120.00 | Electronically signed audit referral form and returned same to J. Conklin via email. | SK | 0.10 | 12.00 | |
| 12/15/2025 | Lawyer: KM 1.80 Hrs X 295.00 | Reviewed audit referral file as necessary to prepared complaint and attendant documents; and, drafted complaint for collection of unpaid fringe benefit contributions. | KM | 1.80 | 531.00 | |
| 12/16/2025 | Lawyer: KM 0.30 Hrs X 295.00 | Final review of summons, complaint, appearance form, and civil cover sheet; and, coordinate with S. Keating to make final changes to documents and to file same. | KM | 0.30 | 88.50 | |
| 12/16/2025 | Lawyer: SK 0.90 Hrs X 120.00 | Reviewed and finalized complaint; prepared appearance of K. McJessy, prepared appearance of J. Sopata, summons and civil cover sheet forms (.4); filed complaint, civil cover sheet, and appearances of McJessy and Sopata (.2); reviewed clerk's notices of judge assignments and case number and completed summons as appropriate (.1); prepared email correspondence to court's intake clerks forwarding summons for issuance (.1); prepared correspondence to J. Conklin forwarding file stamped complaint and advising of judge assignments (.1). | SK | 0.90 | 108.00 | |
| 12/16/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from S. Keating to J. Conklin ███████████. | KM | 0.10 | 29.50 | |
| 12/17/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed ECF notice of electronic filing from clerk of court regarding filing of summons and issuance of same. | KM | 0.10 | 29.50 | |
| 12/17/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Confer with S. Keating regarding ████ ████████████████. | KM | 0.10 | 29.50 | |
| 12/17/2025 | Lawyer: KM 0.20 Hrs X 295.00 | Reviewed ECF court order of Judge Harjani regarding initial case management orders and key dates; and, reviewed standing order of Judge Harjani on initial case matters. | KM | 0.20 | 59.00 | |
| 12/17/2025 | Lawyer: SK 0.30 Hrs X 120.00 | Reviewed email correspondence from and confer with court clerks regarding rejection of summons for issuance; prepared new summons form for Bill Welding & Fabrication and filed same with court; prepared email correspondence to process | SK | 0.30 | 36.00 | |

EXHIBIT
B-1

Case: 1:25-cv-15256 Document #: 16 Filed: 03/09/26 Page 36 of 37 PageID #:73

| Date | Received From/Paid T | Explanation | Lwy | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| | | server forwarding summons and complaint for service. | | | | |
| 12/19/202: | Billing on Invoice 18608 | FEES          159.50 | | | | 0.00 |
| 12/22/202: | Windy City Process Serving Inc. | Process Server recovery - Service of Summons, Complaint | | 0.00 | | 85.00 |
| 12/30/202: | Chase Card Services | Filing Fee-  Complaint | | 0.00 | | 405.00 |
| 1/20/2026 | Lawyer: SK  0.20 Hrs X 120.00 | Filed process server affidavit of service and summons with court clerk. | SK | 0.20 | 24.00 | |
| 1/20/2026 | Billing on Invoice 18636 | FEES          911.00          DISBS          490.00 | | | | 0.00 |
| 1/20/2026 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed affidavit of service of summons and coordinate with S. Keating to file same. | KM | 0.10 | 29.50 | |
| 2/9/2026 | Lawyer: KM  0.20 Hrs X 295.00 | Reviewed file materials for status of service; reviewed file for nature of default motion--i.e., motion for entry of final judgment for damages; and, prepared correspondence to J. Conklin regarding need for updated liquidated damages, interest, and auditor's fees. | KM | 0.20 | 59.00 | |
| 2/9/2026 | Lawyer: KM  1.00 Hrs X 295.00 | Started preparing documents for entry of default motion, reviewed service of summons; investigation into service of summons and effort to confirm registered agent exists at location serviced; and, coordinate with S. Keating to follow up with process server as to why registered agent was served where it was. | KM | 2.00 | 295.00 | |
| 2/10/2026 | Lawyer: KM  0.10 Hrs X 295.00 | Telephone call with J. Conklin regarding ████████████████████████ | KM | 0.10 | 29.50 | |
| 2/12/2026 | Mid-America Carpenters Regional Council Pension Fund | PMT - | | 0.00 | | |
| 2/19/2026 | Billing on Invoice 18792 | FEES          53.50 | | | | 0.00 |
| 2/24/2026 | Lawyer: KM  0.70 Hrs X 295.00 | Prepared initial status report per court order and reviewed file materials as necessary to prepare status report, including review of Judge Harjani's webpage for template of preferred status report.. | KM | 0.70 | 206.50 | |
| 2/26/2026 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from Judge Harjani regarding filing of default motion by 3/6/26 per status report. | KM | 0.10 | 29.50 | |
| 2/27/2026 | Mid-America | PMT - | | 0.00 | | |

Case: 1:25-cv-15256 Document #: 16 Filed: 03/09/26 Page 37 of 37 PageID #:74

Client Ledger
ALL DATES

| Date | Received From/Paid T | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| | Carpenters Regional Council Fringe Benefits | | | | | |
| 2/28/2026 | RELX Inc.d/b/a LexisNexis | Legal Research  month of February 2026 - | | 0.00 | | 49.73 |
| 3/4/2026 | Lawyer: KM  0.50 Hrs X 295.00 | Edited and revised declaration of J. Conklin in support of motion for default. | KM | 0.50 | 147.50 | |

| | |——— UNBILLED ———| | | |——— BILLED ———| | | |— BALANCE —| |
| TOTALS | CHE | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 49.73 | 0.00 | 767.00 | 816.73 | 490.00 | 1124.00 | 0.00 | 1560.50 | 53.50 | 0.00 |
| END D | 49.73 | 0.00 | 767.00 | 816.73 | 490.00 | 1124.00 | 0.00 | 1560.50 | 53.50 | 0.00 |

| | |——— UNBILLED ———| | | |——— BILLED ———| | | |— BALANCE —| |
| FIRM TO | CHE | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 49.73 | 0.00 | 767.00 | 816.73 | 490.00 | 1124.00 | 0.00 | 1560.50 | 53.50 | 0.00 |
| END D | 49.73 | 0.00 | 767.00 | 816.73 | 490.00 | 1124.00 | 0.00 | 1560.50 | 53.50 | 0.00 |